IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALEXA SAENZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:16-cv-246-TMP |
| | ) |
| CAVALRY PORTFOLIO | ) |
| SERVICES, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER OF DISMISSAL**

The plaintiff on March 17, 2016, pursuant to Federal Rule of Civil Procedure 41(a)(2), filed a motion for voluntary dismissal of all claims set forth in the complaint against defendants Cavalry Portfolio Services LLC and Cavalry SPV I LLC, reciting that the parties had resolved the dispute. (Doc. 8). Accordingly, the court hereby GRANTS the motion to dismiss and DISMISSES all of plaintiff's claims against all defendants WITH PREJUDICE, each party to bear her or its own costs.

DATED this 22nd day of March 2016.

T. MICHAEL PUTNAM
U.S. MAGISTRATE JUDGE

        _____
T. MICHAEL PUTNAM
CHIEF MAGISTRATE JUDGE